✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ COLORADO

UNITED STATES OF AMERICA

V.

WESLEY PAPPAS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  20-cr-036-WJM-5

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

William J. Martinez, United States District Judge
_____
Name of Judge                              Title of Judge

August 9, 2021
_____
Date